UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SAUDABAD CONVENIENCE, INC.
d/b/a Newport Mart
         Plaintiff,

v.                                              C.A. No. 13-298 ML

UNITED STATES DEPARTMENT OF
AGRICULTURE
         Defendant.

## **ORDER**

On September 18, 2013, Defendant filed a motion for summary judgment. Docket #6. Local Rule 56 provides that, in addition to a memorandum of law in support of the motion, a party moving for summary judgment must file a separate statement of undisputed facts. DRI LR Cv 56(a)(1), (2). Defendant, however, did not file a separate statement of undisputed facts. After having been granted multiple extensions of time to reply to Defendant's motion, on December 16, 2013, Plaintiff filed a memorandum in opposition to the motion. Docket #13. Plaintiff did not file a separate statement of disputed or undisputed facts. See generally DRI LR 56(a)(3), (4).

The Court, on its own motion, administratively terminates Defendant's motion for summary judgment as the parties have failed to comply with Local Rule 56. If Defendant so chooses, Defendant may refile the motion for summary judgment in compliance with Local Rule

1

56 on or before January 8, 2014.  Plaintiff shall file any opposition to Defendant's motion, in compliance with Local Rule 56, on or before 14 days after service of Defendant's motion. <u>See generally</u> DRI LR Cv 7.


SO ORDERED

<u>/s/ Mary M. Lisi</u>
Mary M. Lisi
United States District Judge
December 18, 2013